UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD DUANE HILL,

      Plaintiff,

                                      Case No. 1:23-cv-982

v.

                                        HON. JANE M. BECKERING

STACIE HEIDENREICH, et al.,

      Defendants.

_____/

## **ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983.  Defendant Raeann McIntosh filed a Motion for Summary Judgment (ECF No. 97).  In addition, Defendant Suzanne Groff filed a Motion for Summary Judgment (ECF No. 100).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 110) on March 23, 2026, recommending that this Court grant the motions and dismiss this action with prejudice.  The Report and Recommendation was duly served on the remaining parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 110) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions for Summary Judgment (ECF Nos. 97 & 100) are GRANTED.

A Judgment will be entered consistent with this Order.

Dated: May 6, 2026                              /s/ Jane M. Beckering
                                            JANE M. BECKERING
                                            United States District Judge